LIBERTY TRANSIT LINES, INC. *v.* MERCHANTS TRUST COMPANY OF MUNCIE, EXECUTOR, ET AL.

[No. 28,678. Filed October 31, 1950.]

*Byron Emswiller* and *Albert Stump*, both of Indianapolis, for appellant.

*Scotten & Hinshaw;* and *Brown & Edwards* (of counsel), all of Newcastle; *George S. Koons, Marshall E. Hanley, William H. Bales; Warner, Clark & Warner;* and *White & Haymond*, all of Muncie; *Thomas M. Scanlon, Jerry P. Belknap;* and *Barnes, Hickam, Pantzer & Boyd* (of counsel), all of Indianapolis, for appellees.

GILKISON, J.—This action is in all things similar to the action entitled *Augusta B. Schisler* v. *Merchants Trust Co. of Muncie, Indiana, Executor of the Estate of Ira J. Wilson, deceased, et al.*, No. 28,677 in this court, 228 Ind. 594, 94 N. E. 2d 665, except as to the name of the appellant and the amount of damages claimed. It was consolidated with the Schisler case for briefing and for argument in this court. For the reasons given in the decision in the Schisler case, the judgment of the Henry Circuit Court in this case is affirmed.

Note.—Reported in 94 N. E. 2d 672.